[No. 55567-7-I.  Division One.  May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY GLENN THOMPSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01795-3, Ronald Kessler, J., entered December 21, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 56772-1-I.  Division One.  May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTOINE LAMAR WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04966-5, Steven C. Gonzalez, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Dwyer, JJ.

[No. 57415-9-I.  Division One.  May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR GUTAMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06314-7, Michael J. Fox, J., entered November 21, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57440-0-I.  Division One.  May 7, 2007.]

*In the Matter of the Personal Restraint of* MICHAEL JOHN RELFE, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and judgment *reversed* and *remanded* by unpublished per curiam opinion.